UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA
*ex rel*. AIDAN FORSYTH,

    Plaintiff,

v.

NEW NAUTICAL COATINGS, INC. d/b/a
SEA HAWK PAINTS, and
DAVID NORRIE,

    Defendants.
_____/

Case No. 8:22-cv-2666-WFJ-AAS

**EX PARTE**
**FILE UNDER SEAL**
**[31 U.S.C. § 3730(b)(2)]**

**ORDER**

THIS CAUSE came before the Court on Relator's Notice of Dismissal (Dkt. 21) and the United States' Notice of Consent to Dismissal Without Prejudice (Dkt. 22). The Court has considered the record and is otherwise fully advised in the premises:

Accordingly, it is:

1.    **ORDERED** that this action is dismissed with prejudice as to Relator Aidan Forsyth and without prejudice as to the United States; and

2.    **ORDERED** that the seal shall be lifted upon the Relator's Complaint, the Relator's Notice of Dismissal, the United States' Notice of Consent to Dismissal without Prejudice, this Order, and any subsequent filings in this case. All other

contents of the Court's file in this action shall remain under seal and not be made public.

3.  **ORDERED** that the Clerk is directed to terminate any deadlines and to close the case after complying with this Order.

**DONE and ORDERED** in Chambers in Tampa, Florida, this 10th day of July, 2024.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record